AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| Shipping and Transit, LLC <br><br> *Plaintiff* <br> v. <br> Trans-Expedite, Inc. <br><br> *Defendant* | ) ) ) ) ) ) ) )   Civil Action No. 15cv81703-BB |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Trans-Expedite, Inc.
C/O Keeli Jernigan- President
7 Founders Boulevard
El Paso, TX 79906

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Leslie Robert Evans & Associates, PA
Attn: Jason P. Dollard- Of Counsel
214 Brazilian Avenue, Suite 200
Palm Beach, Florida 33480
(561) 832-8388- Telephone; (561) 832-5722- Facsimile
jdollard@LrEvansPa.com; jdollard@JpdEsq.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date: Dec 14, 2015

Steven M. Larimore
Clerk of Court

*s/ Tamisha Powell*
Deputy Clerk
U.S. District Courts